FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. SECTION 1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Corey Danell McKay #326162

[Print the full name (first, middle, last) and Prisoner number of the plaintiff in this action]

VERSUS

Jerry &J. Larpenter
Richard Petie Neal

[Print the full name of all defendants in this action]
[DO NOT WRITE ET AL.]

CIVIL ACTION 20-00142

NO. SECT.F MAG.4

SECTION ____ MAG. ____

COMPLAINT

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in State or Federal Court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

Yes ( ___ ), No ( ✓ )

TENDERED FOR FILING

JAN 13 2020

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

B. If your answer to (A) is "yes", describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to the previous lawsuit:

   Plaintiffs: _____

   _____

   Defendants: _____

   _____

   _____

2. Court (If Federal Court, name of the district court; if State Court, name the Parish)

   _____

3. Docket Number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition (For example: Was this case dismissed? Was it appealed? Is it still pending?)

   _____

6. Approximate date of filing of lawsuit: _____

7. Approximate date of disposition: _____

C. Have you had any previously filed Federal lawsuits or appeals, whether or not related to the issues raised in this complaint, which have been dismissed as frivolous, malicious, or for failure to state a claim for which relief can be granted by any Federal court?

Yes (____)   No ( ✓ )

If your answer is "yes", list the civil action numbers and the disposition of each case. You also must identify in which Federal district or Appellate Court the action was brought.

_____

_____

_____

II. PLACE OF PRESENT CONFINEMENT: Terrebonne Parish ~~Correct~~ Criminal Justice Complex

   A. Is there a prisoner grievance procedure in this institution?
      Yes (✓)   No (___)

   B. Did you present the facts relating to this complaint in the prisoner grievance procedure?
      Yes (___)   No (✓)

   C. If your answer is "yes":

      1. Attach a copy of all administrative complaints you have filed regarding the claims raised in this lawsuit and copies of all prison responses. If copies are not available, list the number assigned to the complaint(s) and approximate date it was presented to the prison.

      _____
      _____

      2. As to each grievance complaint provided or listed above, have you exhausted or completed all steps in the procedure, including appeals?
      _____

   D. If your answer is "no", explain why you have not done so:

   I had a major stroke at that time and couldn't use my hand's to write. I still don't have any useage of the left side of my body & little useage of the right side of my body.

III. PARTIES

   (In item "A" below, complete the following information. Do the same for additional plaintiffs, if any).

   A. Full Name of Plaintiff: Corey Donell McKay
                              (first, middle, last)
      Prisoner Number: 326162
      Address: 2701 Airline Dr. Suite K #355, Metairie, LA- 70001
      Date of Birth: May 8, 1973
      Date of Arrest: Oct. 25, 2019
      Date of Conviction: Dec. 12, 2019

IMPORTANT: In the space provided below, place the full name of each defendant named in the caption, his or her official position, place of employment, and service address. If you have sued more than one defendant, provide this same information for every defendant you have named. Please attach an additional sheet, if necessary. **The parties listed below must be exactly the same as those listed in your caption.**

B. Defendant  Jerry J. Larpenter  is employed as  Sheriff  at  Terrebonne Sheriff office .

   Address for service:  P.O. Drawer 1670, Houma, LA. 70360 .

C. Defendant  Richard Petic Neal  is employed as  Head of Medical Department  at  Terrebonne Parish Jail .

   Address for service:  P.O. Drawer 1670, Houma, LA. 70360 .

D. Defendant _____ is employed as _____ at _____.

   Address for service: _____.

E. Defendant _____ is employed as _____ at _____.

   Address for service: _____.

F. Defendant _____ is employed as _____ at _____.

   Address for service: _____.

G. Defendant _____ is employed as _____ at _____.

   Address for service: _____.

IV.  STATE OF CLAIM

(State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any case or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an extra sheet if necessary).

On Sept. 2018 I was sent along with other Inmates to another Jail for security reason's... befor leaveing the Jail I was taking medication's for my Dibitic Pain's in my feet & hand's the other Jail told me that they had called the Terrebonne Parish Jail Medicail Depatrment and asked them to send my medication for Dibatic Pain and was told I never took that kind of Medication... then in Dec. of 2018 I had a major stroke... I was sent back to the Terrebonne Parish in Jan. 2019 were I was placed in a Boat on a unit on the hard floor which I could walk or talk, lettei on that week I was moved from A 16 man medical Dorm to a one Man Medicail Cell Still Couldn't walk or talk 3 or 4 day's later I was Brought to The medicat Department for a blood test while seting tested I had a major sizo which I was then Brought to C.H.M. a Hospital in Houma, Louisiana... I was then Put into the Hospital on a ward and Treated 3 day's later The Transportant Man from the Jail brought me my Personal belongs from the Jail with, general court det I had to call the Houma Police Department to set them to go tell my Mother I was in the Hospital...

V.  RELIEF

(<u>State briefly exactly what you want the Court to do for you</u>. Make no legal arguments. Cite no cases or statutes).

I am asking for $100.000.000 Dollar's for Pain & Suffring and Mental Angish and Payment's for my Doctor bill's and for me missing out on time with my wife & Kid's and other family members... I am also asking the Court for Protection against any retalion from The Terrebonne Parish Sheriff office and their Police Incluing their Jail officer's That work's here at the Jail were Iam Incarcerated at this time...

## VI. PLAINTIFF'S DECLARATION

1) I declare under penalty of perjury that all facts represented in this complaint and any attachments hereto are true and correct.

2) I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

3) I understand that I am prohibited from bringing a civil action in forma pauperis if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

4) I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire $350.00 filing fee and any costs assessed by the Court, which shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

Signed this __2__ day of __Jan.__, 20__20__.

_Corey Donell McKay_
Signature of Plaintiff

_Corey Donell McKay_
Printed Name of Plaintiff

Mr. Corey D. McKay # 455576
B-200/Cell #7
T.P.C.J.C.
2901 Airline Dr.
Suite "K" #355
Metairie, LA 70001

701 ALEXAGTS COPY

Eastern District of Louisiana Court
500 Poydras Street
New Orleans, LA. 70130

FOREVER USA
Barn Swallow

